### Aug. 27, 2001

| | | |
|---|---|---|
| 23573 | State v. Barnes | Affirmed |
| 23083, | State v. Iha | |
| 23156, | State v. Lyons | |
| 23157, | State v. Ishii | |
| 23158, | State v. McKeague | |
| 23161, | State v. Roque | |
| 23177, | State v. Fusikata | |
| 23178, | State v. Damo | |
| 23189, | State v. Foster | |
| 23190, | State v. Poloa | |
| 23191, | State v. Inouye | |
| 23192, | State v. Koki | |
| 23193, | State v. Arao | |
| 23213, | State v. Watase | |
| 23234, | State v. Welch | |
| 23235, | State v. Shelburne | |
| 23236, | State v. McEneaney | |
| 23237, | State v. Kim (Kenneth) | |
| 23238, | State v. Ryan | |
| 23239, | State v. Lee (Melissa) | |
| 23240, | State v. Fonoti | |
| 23242, | State v. Macadangdand | |
| 23253, | State v. Orozco | |
| 23254, | State v. Packard | |
| 23255, | State v. Nihei | |
| 23256, | State v. Bibiloni | |
| 23257, | State v. Kaai | |
| 23258, | State v. Pe'A | |
| 23259, | State v. O'Donnell | |
| 23260, | State v. Lopes | |
| 23274, | State v. Soderlund | |
| 23326, | State v. Kim (Dae) | |
| 23327, | State v. Hampton | |
| 23328, | State v. Watamull | |
| 23329, | State v. Cabang | |
| 23330, | State v. Shishido | |
| 23347, | State v. Zurawski | |
| 23359, | State v. Sakka | |
| 23363, | State v. Lee (Jae) | |
| 23364, | State v. Leung | |
| 23365, | State v. Luis | |
| 23366, | State v. Rodriguez | |
| 23371, | State v. Nahina | |